IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dawson D. Dubois, ) | Case No. 1:19-cr-241 |
| ) | |
| Defendant. ) | |

On April 7, 2023, the court ordered Defendant detained pending a final hearing on his petition for action on conditions of supervised release. (Doc. No. 88).

On May 18, 2023, Defendant filed a Motion for Furlough in which he requests to be temporarily released so that he can visit his newborn child. (Doc. No. 92).

On May 22, 2023, Defendant filed a Motion for Reconsideration of Order on Release. (Doc. No. 94). Advising that he has secured a placement at Sharehouse's inpatient treatment facility in Fargo, North Dakota, he requests to be released so that he can travel to and participate in Sharehouse's treatment program.

There being no objection from the United States to Defendant's release to Sharehouse, the court **GRANTS** Defendant's motion for Reconsideration of Order on Release. (Doc. No. 94). Defendant shall be released to his mother, Georgealene Dubois, no earlier than 11:30 AM on May 24, 2023, for immediate transport to Sharehouse in Fargo. Defendant remains subject to all of the conditions of supervised release previously imposed by the Court. Defendant shall reside at Sharehouse, participate in its programs, and abide by its rules and regulations. Upon arriving at Sharehouse, Defendant shall immediately contact Probation Officer Nick Larson at (701) 297-7248.

Defendant must sign all release forms to allow the Probation Office to obtain information from the treatment facility OR to communicate with facility staff about his progress in the program.  If for any reason Defendant is terminated from Sharehouse, he must immediately report to the United States Marshal.  Defendant's Motion for Furlough (Doc. No. 92) is deemed **MOOT**.

    **IT IS SO ORDERED.**

    Dated this 23rd day of May, 2023.

                                                                        */s/ Clare R. Hochhalter*
                                                                         Clare R. Hochhalter, Magistrate Judge
                                                                          United States District Court